# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CHRISTINE FULLER | § | Case No. 16-11194 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 03/31/2016 . The case was converted to one under Chapter 7 on 07/11/2016 . The undersigned trustee was appointed on 07/11/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $   16,481.58

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 139.42 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 16,342.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/14/2016  and the deadline for filing governmental claims was  12/14/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,398.16 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,398.16 , for a total compensation of $ 2,398.16 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 13.11 , for total expenses of $ 13.11 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/10/2018                     By:/s/RONALD R. PETERSON
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-11194 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTINE FULLER | | | | Date Filed (f) or Converted (c): | 07/11/2016 (c) |
| | | | | | 341(a) Meeting Date: | 08/02/2016 |
| For Period Ending: | 04/10/2018 | | | | Claims Bar Date: | 12/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Timeshare - 801 S. Rampart #200, Las Vegas, NV 89145 (u) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 2. 2010 Chevrolet HHR | 7,875.00 | 7,875.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 4. Used Clothing and Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 5. UsBank | 0.00 | 0.00 | | 0.00 | FA |
| 6. Claim in 2015-L-004019 Lawsuit: Christine Fuller v. ALLIANCE  Per Court Order on 12/14/16 (Doc. 59) Trustee's Objection was granted in part and denied in part. Debtor is only entitled to a 50% exemption in the net proceeds of this action. | 50,001.00 | 0.00 | | 0.00 | FA |
| 7. Claim in 2013-L-004877 Lawsuit; Christine Fuller v. Manor Ca (u)  Per Court Order on 12/14/16 (Doc. 59) Trustee's Objection was granted in part and denied in part. Debtor is only entitled to a 50% exemption in the net proceeds of this action. | 450,000.00 | 270,000.00 | | 16,481.58 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $511,876.00 | $281,875.00 | | $16,481.58 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017: I objected to the debtor's claim for exemption. The claim arose from the debtor's lawsuit against the nursing home where her husband died. I have entered into a settlement agreement with the debtor whereby the estate would get about half of the proceeds of the lawsuit. I am waiting for the state court judge to sign an order ending that litigation and allowing the settlement to close.

Initial Projected Date of Final Report (TFR): 12/31/2017     Current Projected Date of Final Report (TFR): 12/31/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 16-11194 | Trustee Name: RONALD R. PETERSON | |
| Case Name: CHRISTINE FULLER | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX8901 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8657 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 04/10/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/17 | 7 | Steven J. Malman & Assoc<br>205 W Randolph Street Suite 610<br>Chicago, Il 60606-1814 | Litigation Recovery<br>Object to Exemption and this is my share | 1249-000 | $16,481.58 | | $16,481.58 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.97 | $16,462.61 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.69 | $16,438.92 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,414.48 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.62 | $16,390.86 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.37 | $16,366.49 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.33 | $16,342.16 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $16,481.58 | $139.42 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,481.58 | $139.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,481.58 | $139.42 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                    Page Subtotals:              $16,481.58         $139.42

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8901 - Checking | $16,481.58 | $139.42 | $16,342.16 |
|  | $16,481.58 | $139.42 | $16,342.16 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,481.58 |
| Total Gross Receipts: | $16,481.58 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-11194  
Debtor Name: CHRISTINE FULLER  
Claims Bar Date: 12/14/2016  

Date: April 10, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,398.16 | $2,398.16 |
| 100 2200 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $13.11 | $13.11 |
| 1 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/05/2016 | $0.00 | $330.44 | $330.44 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/05/2016 | $0.00 | $435.85 | $435.85 |
| 3 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/23/2016 | $0.00 | $2,237.55 | $2,237.55 |
| 4 300 7100 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, Il 60181 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/29/2016 | $0.00 | $1,760.19 | $1,760.19 |
| 5 300 7100 | Village Of Worth<br>Municipal Collections<br>Of America, Inc.<br>3348 Ridge Road<br>Lansing, Il 60438 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/29/2016 | $0.00 | $243.00 | $243.00 |
| 6 300 7100 | Village Of Justice<br>Municipal Collections<br>Of America, Inc.<br>3348 Ridge Road<br>Lansing, Il 60438 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 04/29/2016 | $0.00 | $938.25 | $938.25 |
| 7-2 300 7100 | Fifth Third Bank<br>PO Box 9013<br>Addison, TX 75001 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 02/12/2018<br>Amends Secured Claim 7-1 filed 5/5/2016 | $0.00 | $11,915.21 | $11,915.21 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-11194  
Debtor Name: CHRISTINE FULLER  
Claims Bar Date: 12/14/2016  
Date: April 10, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 300 7100 | Capital One, N.A. C/O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Unsecured Payment Status: Valid To Pay | Date Filed: 05/16/2016 | $0.00 | $836.67 | $836.67 |
| 9 300 7100 | Portfolio Recovery Associates, Llc Successor To Capital One, N.A. (Fifth Third Bank) POB 41067 Norfolk, VA 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 12/06/2016 | $0.00 | $2,914.04 | $2,914.04 |
| 10 300 7100 | Portfolio Recovery Associates, Llc Successor To GE Capital Retail Bank (GECRB) POB 41067 Norfolk, VA 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 12/06/2016 | $0.00 | $953.26 | $953.26 |
| 11 300 7100 | Altair OH Xiii, Llc C/O Weinstein & Riley, PS 2001 Western Avenue Suite 400 Seattle, WA 98121 | Unsecured Payment Status: Valid To Pay | Date Filed: 12/12/2016 | $0.00 | $1,046.80 | $1,046.80 |
| 7-1 400 4210 | Fifth Third Bank PO Box 9013 Addison, TX 75001 | Secured Payment Status: Invalid | Date Filed: 05/05/2016  Amended by Claim 7-2 - 2/12/18 | $0.00 | $8,100.00 | $8,100.00 |
|  | Case Totals |  |  | $0.00 | $34,122.53 | $34,122.53 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-11194  
Case Name: CHRISTINE FULLER  
Trustee Name: RONALD R. PETERSON  

| | | |
|---|---|---|
| Balance on hand | $ | 16,342.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 2,398.16 | $ 0.00 | $ 2,398.16 |
| Trustee Expenses: RONALD R. PETERSON | $ 13.11 | $ 0.00 | $ 13.11 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,411.27 |
| Remaining Balance | $ 13,930.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,611.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 330.44 | $ 0.00 | $ 194.96 |
| 2 | Quantum3 Group Llc As Agent For | $ 435.85 | $ 0.00 | $ 257.16 |
| 3 | Capital One Bank (Usa), N.A. | $ 2,237.55 | $ 0.00 | $ 1,320.18 |
| 4 | Commonwealth Edison Company | $ 1,760.19 | $ 0.00 | $ 1,038.53 |
| 5 | Village Of Worth | $ 243.00 | $ 0.00 | $ 143.37 |
| 6 | Village Of Justice | $ 938.25 | $ 0.00 | $ 553.58 |
| 7-2 | Fifth Third Bank | $ 11,915.21 | $ 0.00 | $ 7,030.10 |
| 8 | Capital One, N.A. | $ 836.67 | $ 0.00 | $ 493.64 |
| 9 | Portfolio Recovery Associates, Llc | $ 2,914.04 | $ 0.00 | $ 1,719.31 |
| 10 | Portfolio Recovery Associates, Llc | $ 953.26 | $ 0.00 | $ 562.43 |
| 11 | Altair OH Xiii, Llc | $ 1,046.80 | $ 0.00 | $ 617.63 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,930.89 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE