# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHRISTINE FULLER, | ) | CASE NO.  16-11194 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing:  May 16, 2018 |
| | ) | 10:30 a.m. |

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, certify that on Thursday, April 12, 2018, I caused a copy of the attached **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.



/s/  *Ronald R. Peterson*
Ronald R. Peterson

## SERVICE LIST

*In re Christine Fuller*
Case No. 16-11194

**ECF NOTIFICATION:**

- Ronald R Peterson    rpeterson@jenner.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Mark S Bernachea    mbernachea@semradlaw.com, ilnb.courtview@SLFCourtview.com
- Rodion Leshinsky    rleshinsky@semradlaw.com, ilnb.courtview@SLFCourtview.com
- Terri M Long    tmlong@tmlong.com, Courts@tmlong.com
- Kristen C Wasieleski    kwasieleski@semradlaw.com
- ilnb.courtview@SLFCourtview.com

**By U.S. Mail:**

Christine Fuller
10310 South Mayfield
Oak Lawn, IL  60453-4334

Mark S. Bernachea
The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL  60603-1811

Altair OH XIII LLC
C/O Weinstein & Riley, PS
2001 Western Avenue
Suite 400
Seattle, WA  98121-3132

Capital One, N.A
2730 Liberty Avenue
Pittsburgh, PA  15222-4704

Capital One, N.A.
C/O Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Capital One Bank
11013 West Broad
Glen Allen, VA  23060-6017

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Commonwealth Edison
Attn: Bankruptcy Department: 2100 Swif
Oak Brook, IL  60523-1559

Commonwealth Edison Company
Attn: Bankruptcy Department
3 Lincoln Center
Oakbrook Terrace, IL  60181-4204

Consolidated Resorts, Inc.
801 South Rampart #200
Las Vegas, NV  89145-4898

Fifth Third Bank
PO Box 9013
Addison, TX  75001-9013

Fifth Third Bank
MD# ROPS05 Bankruptcy Dept.
1850 East Paris S.E.
Grand Rapids, MI  49546-6253

ICS
PO Box 646
Oak Lawn, IL  60454-0646

Law Offices of Steven J. Malman & Assoc.
205 West Randolph Street, Suite 610
Chicago, IL  60606-1814

Municipal Collections of America Inc.
3348 Ridge Road
Lansing, IL  60438-3112

PRA Receivables
10 Orchard #100
Lake Forest, CA  92630-8308

PRA Receivables
15130 Madison
Dolton, IL  60419-3014

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA  23541-1067

Quantum3 Group LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
 MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Rent-A-Center
3145 South Ashland Avenue
Chicago, IL  60608-6248

T-Mobile
c/o American Infosource LP
4515 North Santa Fe Avenue
Oklahoma City, OK  73118-7901

Vision Financial Service
1900 West Severs Road
La Porte, IN  46350-7855

Village of Justice
Municipal Collections of America, Inc.
3348 Ridge Road
Lansing, IL  60438-3112

Village of Worth
Municipal Collections of America, Inc.
3348 Ridge Road
Lansing, IL  60438-3112

Kristen C. Wasieleski
The Semrad Law Firm, LLC
20 South Clark Street, 28th floor
Chicago, IL  60603-1811

Rodion Leshinsky
The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL  60603-1811

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 South Dearborn Street, Room 873
Chicago, IL  60604-2027

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
　　　　　　　　　　　　　　　　　　　§
CHRISTINE FULLER　　　　　　　　§　Case No. 16-11194
　　　　　　　　　　　　　　　　　　　§
　　　　　　Debtor　　　　　　　　　　§

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　219 S. Dearborn Street
　　　　　　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/16/2018 in Courtroom 744,
　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　219 S. Dearborn St.
　　　　　　　　Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/12/2018　　　　　　　　By: /s/ Ronald R. Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| CHRISTINE FULLER | § | Case No. 16-11194 |
| | § | |
| Debtor | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 16,481.58 |
| and approved disbursements of | $ | 139.42 |
| leaving a balance on hand of[1] | $ | 16,342.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 2,398.16 | $ 0.00 | $ 2,398.16 |
| Trustee Expenses: RONALD R. PETERSON | $ 13.11 | $ 0.00 | $ 13.11 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,411.27 |
| Remaining Balance | $ 13,930.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,611.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 330.44 | $ 0.00 | $ 194.96 |
| 2 | Quantum3 Group Llc As Agent For | $ 435.85 | $ 0.00 | $ 257.16 |
| 3 | Capital One Bank (Usa), N.A. | $ 2,237.55 | $ 0.00 | $ 1,320.18 |
| 4 | Commonwealth Edison Company | $ 1,760.19 | $ 0.00 | $ 1,038.53 |
| 5 | Village Of Worth | $ 243.00 | $ 0.00 | $ 143.37 |
| 6 | Village Of Justice | $ 938.25 | $ 0.00 | $ 553.58 |
| 7-2 | Fifth Third Bank | $ 11,915.21 | $ 0.00 | $ 7,030.10 |
| 8 | Capital One, N.A. | $ 836.67 | $ 0.00 | $ 493.64 |
| 9 | Portfolio Recovery Associates, Llc | $ 2,914.04 | $ 0.00 | $ 1,719.31 |
| 10 | Portfolio Recovery Associates, Llc | $ 953.26 | $ 0.00 | $ 562.43 |
| 11 | Altair OH Xiii, Llc | $ 1,046.80 | $ 0.00 | $ 617.63 |
| | Total to be paid to timely general unsecured creditors | | $ | 13,930.89 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.