# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CHRISTINE FULLER | § | Case No. 16-11194 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 36,376.00                    Assets Exempt: 275,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  13,930.89    Claims Discharged
                                                Without Payment:  31,163.81

Total Expenses of Administration: 2,550.69

---

3) Total gross receipts of $ 16,481.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 16,481.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 9,075.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,550.69 | 2,550.69 | 2,550.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 12,408.44 | 23,611.26 | 23,611.26 | 13,930.89 |
| TOTAL DISBURSEMENTS | $ 21,483.44 | $ 26,161.95 | $ 26,161.95 | $ 16,481.58 |

4) This case was originally filed under chapter on 03/31/2016, and it was converted to chapter 7 on 07/11/2016. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/29/2018         By: /s/RONALD R. PETERSON
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Claim in 2013-L-004877 Lawsuit; Christine Fuller v. Manor Ca | 1249-000 | 16,481.58 |
| **TOTAL GROSS RECEIPTS** | | **$ 16,481.58** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5TH 3RD BK, 38 FOUNTAIN SQ PL CINCINNATI Ohio 45202 | | 7,875.00 | NA | NA | 0.00 |
| | Rent-A-Center, 3145 S Ashland Ave Chicago Illinois 60608 | | 1,200.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 9,075.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 2,398.16 | 2,398.16 | 2,398.16 |
| RONALD R. PETERSON | 2200-000 | NA | 13.11 | 13.11 | 13.11 |
| Associated Bank | 2600-000 | NA | 139.42 | 139.42 | 139.42 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,550.69 | $ 2,550.69 | $ 2,550.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ALTAIR OH XIII LLC, 2001 Western Ave Ste 400 Seattle Washington 98121 | | 1,000.00 | NA | NA | 0.00 |
| | Capital One Bank, 11013 W. Broad Glen Allen Virginia 23060 | | 2,486.17 | NA | NA | 0.00 |
| | CAPITAL ONE, N.A., 2730 LIBERTY AVE PITTSBURGH Pennsylvania 15222 | | 929.00 | NA | NA | 0.00 |
| | Commonwealth Edison, ATTN: Bankruptcy Department: 2100 Swift Drive Oak Brook Illinois 60523 | | 1,184.00 | NA | NA | 0.00 |
| | ICS, PO BOX 646 Oak Lawn Illinois 60453 | | 240.00 | NA | NA | 0.00 |
| | Municipal Collections of America Inc, 3348 Ridge Road Lansing Illinois 60438 | | 1,000.00 | NA | NA | 0.00 |
| | PRA Receivables, 15130 Madison Dolton Illinois 60419 | | 3,237.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | PRA Receivables, 15130 Madison Dolton Illinois 60419 |  | 1,059.18 | NA | NA | 0.00 |
|  | Quantum3 Group LLC, PO Box 788 Kirkland Washington 98083 |  | 367.00 | NA | NA | 0.00 |
|  | Quantum3 Group LLC, PO Box 788 Kirkland Washington 98083 |  | 484.00 | NA | NA | 0.00 |
|  | TMobile, P.O. Box 742596 Cincinnati Ohio 45274 |  | 132.27 | NA | NA | 0.00 |
|  | VISION FINANCIAL SERVI, 1900 W SEVERS RD LA PORTE Indiana 46350 |  | 289.00 | NA | NA | 0.00 |
| 11 | Altair OH Xiii, Llc | 7100-000 | NA | 1,046.80 | 1,046.80 | 617.63 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 2,237.55 | 2,237.55 | 1,320.18 |
| 8 | Capital One, N.A. | 7100-000 | NA | 836.67 | 836.67 | 493.64 |
| 4 | Commonwealth Edison Company | 7100-000 | NA | 1,760.19 | 1,760.19 | 1,038.53 |
| 7-2 | Fifth Third Bank | 7100-000 | NA | 11,915.21 | 11,915.21 | 7,030.10 |
| 10 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 953.26 | 953.26 | 562.43 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 2,914.04 | 2,914.04 | 1,719.31 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 330.44 | 330.44 | 194.96 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 435.85 | 435.85 | 257.16 |
| 6 | Village Of Justice | 7100-000 | NA | 938.25 | 938.25 | 553.58 |
| 5 | Village Of Worth | 7100-000 | NA | 243.00 | 243.00 | 143.37 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 12,408.44 | $ 23,611.26 | $ 23,611.26 | $ 13,930.89 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-11194 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | CHRISTINE FULLER | | | | Date Filed (f) or Converted (c): | 07/11/2016 (c) |
| | | | | | 341(a) Meeting Date: | 08/02/2016 |
| For Period Ending: | 06/29/2018 | | | | Claims Bar Date: | 12/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Timeshare - 801 S. Rampart #200, Las Vegas, NV 89145 (u) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 2. 2010 Chevrolet HHR | 7,875.00 | 7,875.00 | | 0.00 | FA |
| 3. Household Goods and Furnishings | 500.00 | 500.00 | | 0.00 | FA |
| 4. Used Clothing and Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 5. UsBank | 0.00 | 0.00 | | 0.00 | FA |
| 6. Claim in 2015-L-004019 Lawsuit: Christine Fuller v. ALLIANCE  Per Court Order on 12/14/16 (Doc. 59) Trustee's Objection was granted in part and denied in part. Debtor is only entitled to a 50% exemption in the net proceeds of this action. | 50,001.00 | 0.00 | | 0.00 | FA |
| 7. Claim in 2013-L-004877 Lawsuit; Christine Fuller v. Manor Ca (u)  Per Court Order on 12/14/16 (Doc. 59) Trustee's Objection was granted in part and denied in part. Debtor is only entitled to a 50% exemption in the net proceeds of this action. | 450,000.00 | 270,000.00 | | 16,481.58 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $511,876.00 | $281,875.00 | | $16,481.58 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 23, 2018: TFR filed 4/12/2018. Hearing on TFR scheduled for 5/16/18

April 22, 2017: I objected to the debtor's claim for exemption. The claim arose from the debtor's lawsuit against the nursing home where her husband died. I have entered into a settlement agreement with the debtor whereby the estate would get about half of the proceeds of the lawsuit. I am waiting for the state court judge to sign an order ending that litigation and allowing the settlement to close.

UST Form 101-7-TDR (10/1/2010) (Page: 8)

Initial Projected Date of Final Report (TFR): 12/31/2017        Current Projected Date of Final Report (TFR): 04/12/2018

Exhibit 8

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-11194 | Trustee Name: RONALD R. PETERSON |
| Case Name: CHRISTINE FULLER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8901 |
| | Checking |
| Taxpayer ID No: XX-XXX8657 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 06/29/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/17 | 7 | Steven J. Malman & Assoc<br>205 W Randolph Street Suite 610<br>Chicago, Il 60606-1814 | Litigation Recovery<br>Object to Exemption and this is my share | 1249-000 | $16,481.58 | | $16,481.58 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.97 | $16,462.61 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.69 | $16,438.92 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.44 | $16,414.48 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.62 | $16,390.86 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.37 | $16,366.49 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.33 | $16,342.16 |
| 05/21/18 | 1001 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Distribution | | | $2,411.27 | $13,930.89 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. ($2,398.16) | 2100-000 | | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. ($13.11) | 2200-000 | | | |
| 05/21/18 | 1002 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>PO Box 788<br>Kirkland, WA 98083-0788 | Distribution | | | $452.12 | $13,478.77 |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 1 representing a payment of 59.00 % per court order. ($194.96) | 7100-000 | | | |
| | | | Page Subtotals: | | $16,481.58 | $3,002.81 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-11194 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | CHRISTINE FULLER | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8901 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8657 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 06/29/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Quantum3 Group Llc As Agent For | Final distribution to claim 2 representing a payment of 59.00 % per court order. | 7100-000 | | ($257.16) | |
| 05/21/18 | 1003 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 59.00 % per court order. | 7100-000 | | $1,320.18 | $12,158.59 |
| 05/21/18 | 1004 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Department<br>Oakbrook Terrace, Il 60181 | Final distribution to claim 4 representing a payment of 59.00 % per court order. | 7100-000 | | $1,038.53 | $11,120.06 |
| 05/21/18 | 1005 | Village Of Worth<br>Municipal Collections<br>Of America, Inc.<br>3348 Ridge Road<br>Lansing, Il 60438 | Final distribution to claim 5 representing a payment of 59.00 % per court order. | 7100-000 | | $143.37 | $10,976.69 |
| 05/21/18 | 1006 | Village Of Justice<br>Municipal Collections<br>Of America, Inc.<br>3348 Ridge Road<br>Lansing, Il 60438 | Final distribution to claim 6 representing a payment of 59.00 % per court order. | 7100-000 | | $553.58 | $10,423.11 |
| 05/21/18 | 1007 | Fifth Third Bank<br>PO Box 9013<br>Addison, TX 75001 | Final distribution to claim 7 representing a payment of 59.00 % per court order. | 7100-000 | | $7,030.10 | $3,393.01 |
| 05/21/18 | 1008 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 8 representing a payment of 59.00 % per court order. | 7100-000 | | $493.64 | $2,899.37 |
| 05/21/18 | 1009 | Portfolio Recovery Associates, Llc Successor To Capital One, N.A. (Fifth Third Bank)<br>POB 41067<br>Norfolk, VA 23541 | Final distribution to claim 9 representing a payment of 59.00 % per court order. | 7100-000 | | $1,719.31 | $1,180.06 |
| 05/21/18 | 1010 | Portfolio Recovery Associates, Llc Successor To GE Capital Retail Bank (GECRB)<br>POB 41067<br>Norfolk, VA 23541 | Final distribution to claim 10 representing a payment of 59.00 % per court order. | 7100-000 | | $562.43 | $617.63 |

Page Subtotals: $0.00 $12,861.14

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-11194  
Case Name: CHRISTINE FULLER  
Taxpayer ID No: XX-XXX8657  
For Period Ending: 06/29/2018  

Trustee Name: RONALD R. PETERSON  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX8901  
Checking  
Blanket Bond (per case limit): $54,824,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/21/18 | 1011 | Altair OH Xiii, Llc<br>C/O Weinstein & Riley, PS<br>2001 Western Avenue<br>Suite 400<br>Seattle, WA  98121 | Final distribution to claim 11 representing a payment of 59.00 % per court order. | 7100-000 | | $617.63 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $16,481.58 | $16,481.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $16,481.58 | $16,481.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $16,481.58 | $16,481.58 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*    Page Subtotals:    $0.00    $617.63

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8901 - Checking | $16,481.58 | $16,481.58 | $0.00 |
|  | $16,481.58 | $16,481.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,481.58 |
| Total Gross Receipts: | $16,481.58 |

Page Subtotals:              $0.00         $0.00